1  Geoffrey D. DeBoskey, SBN 211557
   gdeboskey@sidley.com
2  Heidi Larson Howell, SBN 254600
   hhowell@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California  90013

5  Attorneys for Defendants
   TACAZA, INC. dba FAMOUS DAVE'S,
6  TACAZA II, INC. dba FAMOUS DAVE'S,
   ANAND D. GALA, and JONATHAN LITT

*Counsel for Plaintiffs on following page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARCUS T. AREYANO, an individual; FRANK W. BARTLETT, an individual; GUADALUPE GONZALEZ, an individual; MARY PEARL RIVERA, an individual; BRIAN RIGGINS, an individual; JUDD ROGERS, an individual; DARREN CAMPBELL, an individual; and VINCENT CLINE, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TACAZA, INC. dba FAMOUS DAVE'S, a California corporation; TACAZA II, INC. dba FAMOUS DAVE'S, a California corporation; ANAND D. GALA, an individual; JONATHAN LITT, an individual; and DOES 1 to 100, inclusive,<br><br>                    Defendants. | Case No. 1:11CV00171 LJO DLB<br><br>**STIPULATION TO AMEND COMPLAINT; ORDER** |

LA1 2021356v.2

STIPULATION TO AMEND COMPLAINT; [PROPOSED] ORDER

1  B. James Fitzpatrick, SBN 129056
   bjfitzpatrick@fandslegal.com
2  FITZPATRICK, SPINI & SWANSTON
   838 South Main Street, Suite E
3  Salina, California  93901

4  Patrick D. Toole, SBN 190118
   ptoole@joneshelsley.com
5  JONES HELSLEY PC
   265 E. River Park Circle, Suite 310
6  Fresno, California  93720

7  Attorneys for Plaintiffs
   MARCUS T. AREYANO, FRANK
8  W. BARTLETT, GUADALUPE
   GONZALEZ, MARY PEARL RIVERA,
9  BRIAN RIGGINS, JUDD ROGERS,
   DARREN CAMPBELL, VINCENT CLINE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **STIPULATION**

This Stipulation is made and entered into between Plaintiffs Marcus T. Areyano, Frank W. Bartlett, Guadalupe Gonzalez, Mary Pearl Rivera, Brian Riggins, Judd Rogers, Darren Campbell, and Vincent Cline (collectively, "Plaintiffs") and Defendants Tacaza, Inc. dba Famous Dave's, Tacaza II, Inc. dba Famous Dave's, Anand D. Gala, and Jonathan Litt (collectively, "Defendants"), by and through their respective counsel, with reference to the following:

1. WHEREAS, on November 15, 2010, Plaintiffs filed their Complaint in the above-referenced matter in Fresno County Superior Court, Case No. 10 CE CG 03994;

2. WHEREAS, on December 20, 2010, Plaintiffs filed their First Amended Complaint (the "Complaint") in the above-referenced matter in Fresno County Superior Court;

3. WHEREAS, on January 31, 2011, Defendants removed this action to this Court;

4. WHEREAS, Plaintiffs and Defendants met and conferred regarding potential amendments and revisions to the Complaint in order to avoid unnecessary motion practice;

5. WHEREAS, Plaintiffs and Defendants have agreed that defendants Anand D. Gala and Jonathan Litt cannot be personally liable for the alleged violations of California wage and hour laws, if any, and therefore Plaintiffs cannot bring their seventh cause of action, for violation of California's Business & Professions Code § 17200 *et seq.* against defendants Anand D. Gala and Jonathan Litt;

6. WHEREAS, Plaintiffs have agreed to dismiss defendants Anand D. Gala and Jonathan Litt as to the seventh cause of action;

7. WHEREAS, Plaintiffs and Defendants have further agreed that Plaintiffs cannot recover punitive damages for statutory wage and hour violations;

8. WHEREAS, Plaintiffs have agreed to strike paragraph 5 of their Prayer for Relief in the Complaint;

9. WHEREAS, Plaintiffs and Defendants have further agreed that Plaintiffs cannot recover penalties pursuant to California Labor Code § 210, which permits the recovery of penalties by the California Labor Commissioner only, or Labor Code § 510, which does not allow for the recovery of penalties at all;

10. WHEREAS, Plaintiffs have agreed to strike paragraph 9 and 10 of their Prayer for Relief in the Complaint;

THEREFORE, Plaintiffs and Defendants hereby stipulate that defendants Anand D. Gala and Jonathan Litt shall be dismissed as to Plaintiffs' Seventh Cause of Action.  Plaintiffs and Defendants further stipulate that paragraphs 5, 9, and 10 of Plaintiffs' Prayer for Relief in the Complaint shall be stricken.  A proposed order and proposed copy of the Second Amended Complaint are attached hereto.

IT IS SO STIPULATED.


Dated: February 25, 2011                    SIDLEY AUSTIN LLP


                                            By: */s/ Geoffrey D. DeBoskey*
                                                Geoffrey D. DeBoskey
                                                Heidi Larson Howell
                                                Attorneys for Defendants
                                                TACAZA, INC. dba FAMOUS
                                                DAVE'S, TACAZA II, INC. dba
                                                FAMOUS DAVE'S, ANAND D.
                                                GALA, and JONATHAN LITT

///

///

///

1
2
3   Dated: February 25, 2011                    FITZPATRICK, SPINI & SWANSTON
4
5                                               By: */s/ B. James Fitzpatrick*
                                                    B. James Fitzpatrick
6
                                                    Attorneys for Plaintiffs
7                                                   MARCUS T. AREYANO, FRANK W.
                                                    BARTLETT, GUADALUPE
8                                                   GONZALEZ, MARY PEARL
                                                    RIVERA, BRIAN RIGGINS, JUDD
9                                                   ROGERS, DARREN CAMPBELL;
                                                    VINCENT CLINE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Pursuant to the parties' stipulation, and for good cause shown, it is hereby ordered that Plaintiffs may file a Second Amended Complaint eliminating defendants Anand D. Gala and Jonathan Litt, with prejudice, as to Plaintiffs' Seventh Cause of Action for Unfair Business Practices in Violation of California Business & Professions Code § 17200 *et seq*. and eliminating paragraphs 5, 9, and 10 of Plaintiffs' Prayer for Relief.

IT IS SO ORDERED.

Dated:   **March 2, 2011**                         /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE