Geoffrey D. DeBoskey, SBN 211557
gdeboskey@sidley.com
Heidi Larson Howell, SBN 254600
hhowell@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013

Attorneys for Defendants
TACAZA, INC. dba FAMOUS DAVE'S,
TACAZA II, INC. dba FAMOUS DAVE'S,
ANAND D. GALA, and JONATHAN LITT

*Counsel for Plaintiffs on following page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARCUS T. AREYANO, an individual; FRANK W. BARTLETT, an individual; GUADALUPE GONZALEZ, an individual; MARY PEARL RIVERA, an individual; BRIAN RIGGINS, an individual; JUDD ROGERS, an individual; DARREN CAMPBELL, an individual; VINCENT CLINE, an individual; and RICHARD WILDT, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>TACAZA, INC. dba FAMOUS DAVE'S, a California corporation; TACAZA II, INC. dba FAMOUS DAVE'S, a California corporation; ANAND D. GALA, an individual; JONATHAN LITT, an individual; and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No. 1:11CV00171 LJO DLB<br><br>**STIPULATION TO SUBMIT CLAIMS TO ARBITRATION;  ORDER** |

B. James Fitzpatrick, SBN 129056
bjfitzpatrick@fandslegal.com
FITZPATRICK, SPINI & SWANSTON
838 South Main Street, Suite E
Salina, California  93901

Patrick D. Toole, SBN 190118
ptoole@joneshelsley.com
JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California  93720

Attorneys for Plaintiffs
MARCUS T. AREYANO, FRANK
W. BARTLETT, GUADALUPE
GONZALEZ, MARY PEARL RIVERA,
BRIAN RIGGINS, JUDD ROGERS,
DARREN CAMPBELL, VINCENT CLINE,
and RICHARD WILDT

# **STIPULATION**

This Stipulation is made and entered into between Plaintiffs Marcus T. Areyano, Frank W. Bartlett, Guadalupe Gonzalez, Mary Pearl Rivera, Brian Riggins, Judd Rogers, Darren Campbell, Vincent Cline, and Richard Wildt (collectively, "Plaintiffs") and Defendants Tacaza, Inc. dba Famous Dave's, Tacaza II, Inc. dba Famous Dave's, Anand D. Gala, and Jonathan Litt (collectively, "Defendants"), by and through their respective counsel, with reference to the following:

1. WHEREAS, on November 15, 2010, Plaintiffs filed their Complaint in the above-referenced matter in Fresno County Superior Court, Case No. 10 CE CG 03994;

2. WHEREAS, on December 20, 2010, Plaintiffs filed their First Amended Complaint in the above-referenced matter in Fresno County Superior Court;

3. WHEREAS, on January 31, 2011, Defendants removed this action to this Court;

4. WHEREAS, on March 30, 2011, Plaintiffs filed their Second Amended Complaint in the above-referenced matter;

5. WHEREAS, on April 20, 2011 Defendants filed their First Amended Answer to Plaintiffs' Second Amended Complaint;

6. WHEREAS, on or about March 10, 2011, Plaintiffs, except plaintiff Areyano, demanded that their claims be arbitrated pursuant to agreements they signed while employed by Tacaza, Inc. and Areyano agreed to stipulate to submit his claims to arbitration under the same terms as the other plaintiffs;

7. WHEREAS, on April 29, 2011, plaintiffs Guadalupe Gonzalez, Frank W. Bartlett, Mary Pearl Rivera, Brian Riggins, Judd Rogers, Darren Campbell, and Vincent Cline filed a Petition for Order Compelling Arbitration and Request for Stay Pending Arbitration;

8. WHEREAS, on May 4, 2011, plaintiffs Guadalupe Gonzalez, Frank W. Bartlett, Mary Pearl Rivera, Brian Riggins, Judd Rogers, Darren Campbell, Vincent Cline, and Richard Wildt filed a Motion for Order Compelling Arbitration and Request for Stay Pending Arbitration (the "Motion");

9.   WHEREAS on May 9, 2011, Defendants provided Plaintiffs' counsel with a copy of plaintiff Areyano's signed arbitration agreement;

10.  WHEREAS, on June 3, 2011 the parties attended a telephone conference call with Judge Beck regarding Plaintiffs' Motion and expressed their agreement to submit Plaintiffs claims to arbitration;

11.  WHEREAS, the parties agree that all of Plaintiffs claims against Defendants, as set forth in the Second Amended Complaint, shall be arbitrated pursuant to the terms of the arbitration agreements signed by each plaintiff; and

12.  WHEREAS, the parties agree that the arbitrator shall determine the venue of the arbitration.

THEREFORE, Plaintiffs and Defendants hereby stipulate that all of Plaintiffs claims against Defendants, as set forth in the Second Amended Complaint, shall be arbitrated pursuant to the terms of the arbitration agreements signed by each plaintiff and that the arbitrator shall determine the venue of the arbitration.  A proposed order is attached hereto.

IT IS SO STIPULATED.

Dated: June 22, 2011                          SIDLEY AUSTIN LLP


                                              By: */s/ Geoffrey D. DeBoskey*
                                                  Geoffrey D. DeBoskey
                                                  Heidi Larson Howell
                                                  Attorneys for Defendants
                                                  TACAZA, INC. dba FAMOUS
                                                  DAVE'S, TACAZA II, INC. dba FAMOUS
                                                  DAVE'S, ANAND D. GALA,
                                                  and JONATHAN LITT

///

///

///

Dated: June 22, 2011					JONES HELSLEY PC and

							FITZPATRICK, SPINI & SWANSTON


							By: */s/ Patrick D. Toole*
								B. James Fitzpatrick
								Patrick D. Toole

								Attorneys for Plaintiffs
								MARCUS T. AREYANO, FRANK W. BARTLETT, GUADALUPE GONZALEZ, MARY PEARL RIVERA, BRIAN RIGGINS, JUDD ROGERS, DARREN CAMPBELL, VINCENT CLINE, and RICHARD WILDT

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, it is hereby ordered that all of Plaintiffs claims against Defendants, as set forth in the Second Amended Complaint, shall be arbitrated pursuant to the terms of the arbitration agreements signed by each plaintiff.

IT IS SO ORDERED.

Dated:  **June 23, 2011**                                /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE