IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS T. AREYANO, et al., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TACAZA, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | **Old Case No. 1:11cv0171 LJO DLB** <br> **New Case No. 1:11cv0171 LJO GSA** <br> <br> ORDER DISQUALIFYING <br> MAGISTRATE JUDGE |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:11cv0171 LJO GSA.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:  September 28, 2011                        /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE

1