IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS T. AREYANO, et al., | CASE NO. CV F 11-0171 LJO GSA |
| Plaintiffs, | **ORDER TO VACATE DATES AND TO FILE STATUS REPORTS** |
| vs. | |
| TACAZA, INC., | |
| Defendants. | |
| _____/ | |

Given arbitration of plaintiffs' claims and on the basis of good cause, this Court:

1. VACATES the February 2, 2012 pretrial conference and March 19, 2012 trial; and

2. ORDERS the parties to file joint status reports, no later than February 2, 2012 and every 120 days thereafter, to address progress of arbitration and resolution of plaintiffs' claims and the necessity for this action to remain open.

IT IS SO ORDERED.

**Dated:   December 9, 2011**              /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE