1  Geoffrey D. DeBoskey, SBN 211557
   gdeboskey@sidley.com
2  Heidi Larson Howell, SBN 254600
   hhowell@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California  90013

5  Attorneys for Defendants
   TACAZA, INC. dba FAMOUS DAVE'S,
6  TACAZA II, INC. dba FAMOUS DAVE'S,
   ANAND D. GALA, and JONATHAN LITT

7

8  *Counsel for Plaintiffs on following page*

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                            FRESNO DIVISION
12

13 MARCUS T. AREYANO, an individual;        )  Case No. 1:11CV00171 LJO(DLB)
   FRANK W. BARTLETT, an individual;         )
14 GUADALUPE GONZALEZ, an individual;        )  **JOINT STATUS REPORT REGARDING**
   MARY PEARL RIVERA, an individual;         )  **ARBITRATION**
15 BRIAN RIGGINS, an individual; JUDD        )
   ROGERS, an individual; DARREN             )
16 CAMPBELL, an individual; VINCENT          )
   CLINE, an individual; and RICHARD WILDT,  )
17 an individual,                            )
                                             )
18              Plaintiffs,                  )
                                             )
19 vs.                                       )
                                             )
20 TACAZA, INC. dba FAMOUS DAVE'S, a         )
   California corporation; TACAZA II, INC. dba )
21 FAMOUS DAVE'S, a California corporation;  )
   ANAND D. GALA, an individual;             )
22 JONATHAN LITT, an individual; and DOES 1  )
   to 100, inclusive,                        )
23                                           )
                Defendants.                  )
24                                           )
                                             )
25

26

27

28

B. James Fitzpatrick, SBN 129056
bjfitzpatrick@fandslegal.com
FITZPATRICK, SPINI & SWANSTON
838 South Main Street, Suite E
Salina, California  93901

Patrick D. Toole, SBN 190118
ptoole@joneshelsley.com
JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California  93720

Attorneys for Plaintiffs
MARCUS T. AREYANO, FRANK
W. BARTLETT, GUADALUPE
GONZALEZ, MARY PEARL RIVERA,
BRIAN RIGGINS, JUDD ROGERS,
DARREN CAMPBELL, VINCENT CLINE,
and RICHARD WILDT

Plaintiffs Marcus T. Areyano, Frank W. Bartlett, Guadalupe Gonzalez, Mary Pearl Rivera, Brian Riggins, Judd Rogers, Darren Campbell, Vincent Cline, and Richard Wildt (collectively, "Plaintiffs") and Defendants Tacaza, Inc. dba Famous Dave's, Tacaza II, Inc. dba Famous Dave's, Anand D. Gala, and Jonathan Litt (collectively, "Defendants"), hereby submit this Joint Status Report Regarding Arbitration, pursuant to the Court's Order to Vacate Dates and to File Status Reports, dated December 9, 2011:

## I. STATUS OF ARBITRATION

On June 23, 2011, Plaintiffs filed a Demand for Arbitration with JAMS. Pursuant to the JAMS process, the parties agreed upon Hon. Read Ambler (Ret.) as the arbitrator. Judge Ambler has held several status conferences with counsel for the parties. The arbitration hearing for this matter is set for July 23, 2012 through August 3, 2012.

## II. STATUS OF SETTLEMENT DISCUSSIONS

The parties are working together to attempt to resolve this matter informally prior to the arbitration hearing. If the parties are able to reach an informal resolution, the parties will promptly notify the Court.

Dated: February ___, 2012                               SIDLEY AUSTIN LLP


                                                        By: */s/ Geoffrey D. DeBoskey*
                                                            Geoffrey D. DeBoskey
                                                            Heidi Larson Howell
                                                            Attorneys for Defendants
                                                            TACAZA, INC. dba FAMOUS
                                                            DAVE'S, TACAZA II, INC. dba FAMOUS
                                                            DAVE'S, ANAND D. GALA,
                                                            and JONATHAN LITT

///
///
///

LA1 2386753v.1

| | |
|---|---|
| Dated: February ___, 2012 | JONES HELSLEY PC and |
| | FITZPATRICK, SPINI & SWANSTON |

By: */s/ Patrick D. Toole*
   B. James Fitzpatrick
   Patrick D. Toole

Attorneys for Plaintiffs
MARCUS T. AREYANO, FRANK W. BARTLETT, GUADALUPE GONZALEZ, MARY PEARL RIVERA, BRIAN RIGGINS, JUDD ROGERS, DARREN CAMPBELL, VINCENT CLINE, and RICHARD WILDT