1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARCUS T. AREYANO, an individual; FRANK W. BARTLETT, an individual; GUADALUPE GONZALEZ, an individual; MARY PEARL RIVERA, an individual; BRIAN RIGGINS, an individual; JUDD ROGERS, an individual; DARREN CAMPBELL, an individual; VINCENT CLINE, an individual; and RICHARD WILDT, an individual,<br><br>              Plaintiffs,<br><br>vs.<br><br>TACAZA, INC. dba FAMOUS DAVE'S, a California corporation; TACAZA II, INC. dba FAMOUS DAVE'S, a California corporation; ANAND D. GALA, an individual; JONATHAN LITT, an individual; and DOES 1 to 100, inclusive,<br><br>              Defendants. | Case No. 1:11CV00171 LJO(DLB)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

# ORDER

Upon full consideration of the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) submitted by Plaintiffs Marcus T. Areyano, Frank W. Bartlett, Guadalupe Gonzalez, Mary Pearl Rivera, Brian Riggins, Judd Rogers, Darren Campbell, Vincent Cline, and Richard Wildt and Defendants Tacaza, Inc. dba Famous Dave's, Tacaza II, Inc. dba Famous Dave's, Anand D. Gala, and Jonathan Litt, and for good cause shown, the Court hereby orders that Case No. 1:11CV00171 LJO(DLB) is dismissed with prejudice in its entirety.   The Clerk of the Court is directed to close this case in its entirety.

IT IS SO ORDERED.

Dated:   **June 7, 2012**                             /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE